Form 12 - Travel
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

---

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

---

Name of Offender: **Michael J Wood**

Case Number: **2:15CR00288**

Name of Sentencing Judicial Officer: **Honorable Michael H. Watson**

Date of Original Sentence: **July 22, 2008**

Original Offense: **Conspiracy to Distribute Over 1000 Kilograms of Marijuana**

Original Sentence: **95 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **February 22, 2013**

Date Jurisdiction Transferred to District of Nevada: **October 19, 2015**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

---

**SUMMARY**

---

This report is in reference to the offender's request for international travel. The offender has remained compliant during his term of supervision.

The offender has requested to travel to Cancun, Mexico on February 9, 2016, to February 16, 2016. The offender has plans to travel via Delta Airlines Flight #1883 and returning Flight Delta #993. The offender will be lodging at Moon Palace Golf and Spa Resort. Carretera Cancun-Chetumal KM. 340, Cancun, Quintanu Roo, 77500 Mexico. The offender has listed the cost of this trip at $4100 which will be paid for by his employer, Traeger Wood Fire Grills.

The probation office is not opposed to the offender's request to travel to Mexico.

The undersigned office will be available at the Court's convenience, to address any questions of concerns.

RE: Michael J Wood

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

*[signature]* s.ytimg.com
2016.01.13
14:03:08 -08'00'

Patrick Sumansky
United States Probation Officer

Approved:

*[signature]* Robert G. Aquino
2016.01.13 14:51:21
-08'00'

Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

☒   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

*[signature]*

Signature of Judicial Officer

1/14/16
Date

# REQUEST FOR PERMISSION TO TRAVEL
# OUTSIDE THE DISTRICT OF NEVADA

(Form must be received by probation officer at least two weeks prior to proposed travel.)

TO PROBATION OFFICER: Patrick Sumansky

FROM (Print your name): Michael Wood

Street Address: 5790 Slate Run Ave

City, State, Zip: Las Vegas, NV 89139

Telephone no.(s): Cell: 702-786-3004  Home: _____

Email: Michaelw44444@me.com

REQUEST TO LEAVE ON February 9th, 2016 AND RETURN ON Feb 16th, 2016

DESTINATION Cancun, MX

**PURPOSE OF TRAVEL** (Provide name and address of person/persons with whom you will be doing business.)
Pleasure with Leticia Villa.

**LODGING** (Location where you will be staying. Indicate if staying alone or with relative/friend, etc. Include full name, address, telephone number, and if they have any prior criminal history.)
Moon Palace Golf & Spa Resort. Carretera Cancun - Chetumal KM. 340
phone: 52-998-88-16000    Cancun, Quintana Roo, 77500 Mexico

**METHOD OF TRAVEL** (Car, airplane, bus, etc. Provide complete information, e.g. description of auto, license plate number, flight information, etc.)
Flying Delta: Departing flight #1883 confirmation GPL7Q9
Returning flight # 993 confirmation GPL7Q9

**ESTIMATED TOTAL COST OF TRAVEL AND SOURCE OF FUNDS**
$4100 paid for by Traeger Wood fired Grills.

**ANSWER THE FOLLOWING** (if applicable),

1. Are your fine/restitution payments current?   Yes X  No ___  ___ N/A
2. Do you have any criminal charges pending?   Yes ___  No X
3. Are you current with your community service obligation?   Yes X  No ___  ___ N/A
4. Are you involved in drug/alcohol/mental health services?   Yes ___  No X  ___ N/A

ANY FALSE STATEMENT (INCLUDING FACTUAL OMISSIONS) MAY RESULT IN REVOCATION OF SUPERVISION.

SIGNATURE: [signed]    DATE: 1/11/16